The order below is hereby signed.

Signed: September 03, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
NIGEL BERESTFORD MAYERS,           )    Case No. 10-00741
                                   )    (Chapter 7)
         Debtor.                   )

ORDER SETTING FORTH REASONS
FOR DENYING MOTION TO REINSTATE CASE IN PART

The debtor's Motion to Reinstate Case in Part does not set forth grounds for setting aside the dismissal of this case for failure of the debtor to obtain pre-petition credit counseling. In dismissing this case, the court already considered the debtor's answer to the order to show cause why they case ought not be dismissed for lack of pre-petition credit counseling. The dismissal did not bar the debtor from filing a new case. An order follows denying the motion.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Chapter 7 Trustee; Office of United States Trustee.

O:\TEEL\LEO\ORDERS\UTST\Decision re Motion to Reinstate Case in Part_attorney Martin_Mayers.wpd